UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| CRAIG COPLEY, )<br>)<br>  PLAINTIFF )<br>)<br>v. )<br>)<br>YORK BEACH POLICE CHIEF AND )<br>YORK COUNTY SHERIFF, )<br>)<br>  DEFENDANTS ) | CIVIL NO. 2:16-CV-458-DBH |

ORDER ON MOTION TO REASSIGN CASE

The motion to reassign the case away from the Magistrate Judge (ECF No. 12) is **DENIED**. From the docket it appears that on October 29, 2016, the Magistrate Judge issued an Order for Service (ECF No. 11) in response to the plaintiff's October 25, 2016, motion (ECF No. 9). The Order provides that the U.S. Marshal may attempt service by waiver first and, if waivers are not timely returned, the Clerk shall prepare summonses for service in hand by the U.S. Marshal (ECF No. 11). It also appears that on November 2, 2016, the Clerk's Office delivered service forms to the U.S. Marshal Service, with copies mailed to the plaintiff. In other words, the Magistrate Judge and the Clerk's Office have proceeded appropriately, and the next step is to determine if the defendants waive in-hand service.

SO ORDERED.

DATED THIS 9TH DAY OF NOVEMBER, 2016

/S/D. BROCK HORNBY
D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE