UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| CRAIG COPLEY, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | CIVIL NO. 2:16-CV-458-DBH |
| ) | |
| YORK BEACH POLICE CHIEF AND ) | |
| YORK COUNTY SHERIFF, ) | |
| ) | |
| DEFENDANTS ) | |

ORDER ON MOTION FOR RECONSIDERATION

The motion is **DENIED**. Despite the plaintiff's frustration with the amount of time it takes, I have been presented with no information that the U.S. Marshal Service is proceeding inappropriately in service of process under the Federal Rules of Civil Procedure.

SO ORDERED.

DATED THIS 28TH DAY OF NOVEMBER, 2016

/S/D. BROCK HORNBY
D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE