# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | | |
|---|---|---|
| CRAIG COPLEY, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 2:16-CV-458-DBH |
| | ) | |
| YORK BEACH POLICE CHIEF AND | ) | |
| YORK COUNTY SHERIFF, | ) | |
| | ) | |
| DEFENDANTS | ) | |

## ORDER ON OBJECTION TO MAGISTRATE JUDGE'S RULING

This plaintiff, who says that he is incarcerated in Connecticut, seeks an extradition hearing in Maine, arguing that the York County Sheriff's Office unlawfully transported him to Connecticut. Previously this Court denied the plaintiff habeas corpus relief because the District of Maine lacks jurisdiction over him while he is in Connecticut. Copley v Vartelas, 2:16-cv-343-DBH (ECF Nos. 11, 16). As Magistrate Judge Nivison informed the plaintiff in his Order of May 11, 2017 (ECF No. 45), that same limitation applies to this civil lawsuit. The Magistrate Judge was therefore entirely correct in denying his motion to conduct a hearing under the Uniform Criminal Extradition Act, and I **AFFIRM** the Magistrate Judge's ruling.

SO ORDERED.

DATED THIS 6TH DAY OF JUNE, 2017

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**