# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| CRAIG COPLEY, | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | ) CIVIL NO. 2:16-CV-458-DBH |
| | ) |
| YORK BEACH POLICE CHIEF AND | ) |
| YORK COUNTY SHERIFF, | ) |
| | ) |
| DEFENDANTS | ) |

## ORDER ON MOTION FOR RECONSIDERATION

The plaintiff's motion for reconsideration of the Order on Objection to Magistrate Judge's ruling issued on June 6, 2017, is **DENIED**.

**SO ORDERED.**

**DATED THIS 11TH DAY OF JULY, 2017**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**