# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | | |
|---|---|---|
| CRAIG COPLEY, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 2:16-CV-458-DBH |
| | ) | |
| YORK BEACH POLICE CHIEF AND | ) | |
| YORK COUNTY SHERIFF, | ) | |
| | ) | |
| DEFENDANTS | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On October 3, 2017, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on Defendants' Motion for Summary Judgment. The time within which to file objections expired on October 17, 2017, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's arrest-related claim for lack of jurisdiction is **DISMISSED**. The defendants' motion for summary judgment on the extradition-related claim is **GRANTED**.

**SO ORDERED.**

**DATED THIS 23RD DAY OF OCTOBER, 2017**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**