# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **CRAIG COPLEY,** ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | |
| v. ) | **CIVIL NO. 2:16-CV-458-DBH** |
| ) | |
| **YORK BEACH POLICE CHIEF** AND ) | |
| **YORK COUNTY SHERIFF,** ) | |
| ) | |
| **DEFENDANTS** ) | |

## ORDER ON PLAINTIFF'S LATE OBJECTION

The defendant has filed a late objection (ECF No. 68) to the Magistrate Judge's Recommended Decision (ECF No. 64) without justification for its lateness. In any event, the objection is without merit. I affirmed the Recommended Decision on October 23, 2017 (ECF No. 65), and Judgment was entered in this case on October 24, 2017 (ECF No. 66). There is no reason, substantively or procedurally, to vacate that Judgment. The Objection is therefore **OVERRULED**.

**SO ORDERED.**

**DATED THIS 2ND DAY OF NOVEMBER, 2017**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**