# United States Court of Appeals
## For the First Circuit

No. 17-1734

CRAIG O. COPLEY,

Plaintiff, Appellant,

v.

YORK BEACH POLICE CHIEF; YORK COUNTY SHERIFF,

Defendants, Appellees.

Before

Howard, Chief Judge,
Kayatta and Barron, Circuit Judges.

**JUDGMENT**

Entered: April 20, 2018

    Plaintiff-appellant Craig Copley filed a § 1983 action in the U.S. District Court for the District of Maine, alleging that he was extradited from Maine to Connecticut without the benefit of an extradition hearing. He demanded that the district court convene a hearing under the Uniform Extradition Act for him. The district court denied his hearing request, and Copley filed an interlocutory appeal to this court. This court ordered Copley to show cause why this appeal should not be dismissed for lack of finality. See generally 28 U.S.C. § 1291. Copley's responsive filing does not indicate any legally cognizable basis for authorizing interlocutory review in this case.

    Accordingly, this appeal is **dismissed**. See Local Rule 27.0(c).

    **So ordered**.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Craig O. Copley
Peter T Marchesi
Cassandra S. Shaffer
Edward R. Benjamin Jr.
Kasia Soon Park